DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STUART MAYNARD CLARK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1783

[December 7, 2023]

Appeal of order denying petition for writ of habeas corpus to the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael C. Heisey, Judge; L.T. Case No. 562015CF003233A.

Stuart Maynard Clark, Milton, pro se.

Ashley Moody, Attorney General, and Anesha Worthy, Assistant Attorney General, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***